Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                  Case No.:  12−22876−VFP
                  Chapter:  13
                  Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dionicio Beato
274 East 22nd Street
Paterson, NJ 07514

Juliana Beato
274 East 22nd Street
Paterson, NJ 07514

Social Security No.:
   xxx−xx−8347                                         xxx−xx−1813

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/20/17 at 11:00 AM

to consider and act upon the following:

*80* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/7/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*82* − Certification in Opposition to Ch 13 Trustee's Certification of Default (related document:80 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/7/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Milica A. Fatovich on behalf of Dionicio Beato, Juliana Beato. (Attachments: # 1 Exhibit) (Fatovich, Milica)

Dated: 4/3/17

                                                                Jeanne Naughton
                                                                Clerk, U.S. Bankruptcy Court