Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 12−22876−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dionicio Beato
274 East 22nd Street
Paterson, NJ 07514

Juliana Beato
274 East 22nd Street
Paterson, NJ 07514

Social Security No.:
xxx−xx−8347

xxx−xx−1813

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/20/17 at 11:00 AM

to consider and act upon the following:

*80* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/7/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*82* − Certification in Opposition to Ch 13 Trustee's Certification of Default (related document:80 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/7/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Milica A. Fatovich on behalf of Dionicio Beato, Juliana Beato. (Attachments: # 1 Exhibit) (Fatovich, Milica)

Dated: 4/3/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Dionicio Beato  
Juliana Beato  
    Debtors

Case No. 12-22876-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 03, 2017  
                Form ID: ntchrgbk     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2017.
```
db/jdb        +Dionicio Beato,    Juliana Beato,    274 East 22nd Street,    Paterson, NJ 07514-2219
aty           +Hook & Fatovich, LLC,    1044 Route 23 North,    Suite 204,    Wayne, NJ 07470-6685
cr            +JPMorgan Chase Bank, NA, successor by merger to Ch,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road, Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +PennyMac Loan Services, LLC c/o Aldridge Connors L,    Bankruptcy Department,
                 Fifteen Piedmont Center,    3575 Piedmont Road N.E.,    Suite 500,    Atlanta, GA 30305-1623
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              National City Real Estate Services, LLC (sbm) succ
cr*           +JPMORGAN CHASE BANK, NA, SUCCESSOR BY MERGER TO CH,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
                                                                                               TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2017 at the address(es) listed below:
```
          Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NA, SUCCESSOR BY MERGER TO CHASE
           HOME FINANCE LLC (HEREINAFTER REFERRED TO AS JPMORGAN CHASE BANK, NA) nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    JPMorgan Chase Bank, NA, successor by merger to Chase
           Home Finance LLC nj.bkecf@fedphe.com
          Brian C. Nicholas    on behalf of Creditor    PNC Bank, National Association
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Jennifer R. Gorchow    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           nj.bkecf@fedphe.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Milica A. Fatovich    on behalf of Joint Debtor Juliana  Beato mfatovich@hookandfatovich.com,
           fyablonsky@hookandfatovich.com
          Milica A. Fatovich    on behalf of Debtor Dionicio  Beato mfatovich@hookandfatovich.com,
           fyablonsky@hookandfatovich.com
          Milica A. Fatovich    on behalf of Attorney    Hook & Fatovich, LLC mfatovich@hookandfatovich.com,
           fyablonsky@hookandfatovich.com
                                                                                               TOTAL: 8
```