**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    DIONICIO BEATO
    JULIANA BEATO

**Order Filed on April 21, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  12-22876 VFP**

**Hearing Date:  4/20/2017**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 21, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  DIONICIO BEATO
            JULIANA BEATO

Case No.:  12-22876

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

_____

    THIS MATTER having come before the Court on 04/20/2017 on notice to MILICA A FATOVICH

ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

■   ORDERED, that the Debtor(s) must pay off Chapter 13 case by 5/19/2017 or the case will be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:
Dionicio Beato
Juliana Beato
        Debtors

Case No. 12-22876-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin           Page 1 of 1              Date Rcvd: Apr 21, 2017
                          Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2017.
db/jdb          +Dionicio Beato,  Juliana Beato,  274 East 22nd Street,  Paterson, NJ 07514-2219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2017 at the address(es) listed below:
          Andrew L. Spivack   on behalf of Creditor   JPMorgan Chase Bank, NA, successor by merger to Chase
           Home Finance LLC nj.bkecf@fedphe.com
          Andrew L. Spivack   on behalf of Creditor   JPMORGAN CHASE BANK, NA, SUCCESSOR BY MERGER TO CHASE
           HOME FINANCE LLC (HEREINAFTER REFERRED TO AS JPMORGAN CHASE BANK, NA) nj.bkecf@fedphe.com
          Brian C. Nicholas   on behalf of Creditor   PNC Bank, National Association
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jennifer R. Gorchow   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           nj.bkecf@fedphe.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Milica A. Fatovich   on behalf of Attorney   Hook & Fatovich, LLC mfatovich@hookandfatovich.com,
           fyablonsky@hookandfatovich.com
          Milica A. Fatovich   on behalf of Joint Debtor Juliana  Beato mfatovich@hookandfatovich.com,
           fyablonsky@hookandfatovich.com
          Milica A. Fatovich   on behalf of Debtor Dionicio  Beato mfatovich@hookandfatovich.com,
           fyablonsky@hookandfatovich.com
                                                                        TOTAL: 8