Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 12−22876−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dionicio Beato
274 East 22nd Street
Paterson, NJ 07514

Juliana Beato
274 East 22nd Street
Paterson, NJ 07514

Social Security No.:
   xxx−xx−8347                                              xxx−xx−1813

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on May 1, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 88 − 85
Order Granting Application to Employ The Law Offices of James Vasquez, P.C. as Special Counsel (Related Doc # 85). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/1/2017. (jf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 1, 2017
JAN: jf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 12-22876-VFP
Dionicio Beato                                                               Chapter 13
Juliana Beato
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 01, 2017
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2017.
aty            +The Law Offices of James Vasquez,   433 Clifton Avenue,   Clifton, NJ 07011-2644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2017 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    JPMorgan Chase Bank, NA, successor by merger to Chase Home Finance LLC nj.bkecf@fedphe.com
      Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NA, SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC (HEREINAFTER REFERRED TO AS JPMORGAN CHASE BANK, NA) nj.bkecf@fedphe.com
      Brian C. Nicholas    on behalf of Creditor    PNC Bank, National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jennifer R. Gorchow    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Milica A. Fatovich    on behalf of Attorney    Hook & Fatovich, LLC mfatovich@hookandfatovich.com, fyablonsky@hookandfatovich.com
      Milica A. Fatovich    on behalf of Joint Debtor Juliana  Beato mfatovich@hookandfatovich.com, fyablonsky@hookandfatovich.com
      Milica A. Fatovich    on behalf of Debtor Dionicio  Beato mfatovich@hookandfatovich.com, fyablonsky@hookandfatovich.com
                                                             TOTAL: 8