UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HOOK & FATOVICH, LLC
1044 Route 23 North, Suite 204
Wayne, NJ 07470
Tel: 973-686-3800
Fax: 973-686-3801
Milica A. Fatovich, Esq.
Counsel for Debtors

**Order Filed on May 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Dionicio Beato and Juliana Beato,

               Debtors.

Case No.: 12-22876-VFP

Chapter: 13

Judge: Vincent F. Papalia


## ORDER AUTHORIZING RETENTION OF

The Law Offices of James Vasquez, P.C., Nunc Pro Tunc


The relief set forth on the following page is **ORDERED**.


**DATED: May 1, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain  The Law Offices of James Vasquez, P.C.
as  the Debtors' Special Counsel , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:  The Law Offices of James Vasquez
   433 Clifton Avenue
   Clifton, New Jersey 07011

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is April 16, 2016, which is the date that the Debtors entered into a retainer agreement with proposed Special Counsel.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 12-22876-VFP
Dionicio Beato                                                                           Chapter 13
Juliana Beato
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1              Date Rcvd: May 01, 2017
                                Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
db/jdb        +Dionicio Beato,  Juliana Beato,   274 East 22nd Street,   Paterson, NJ 07514-2219
aty           +The Law Offices of James Vasquez,   433 Clifton Avenue,   Clifton, NJ 07011-2644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    JPMorgan Chase Bank, NA, successor by merger to Chase
               Home Finance LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NA, SUCCESSOR BY MERGER TO CHASE
               HOME FINANCE LLC (HEREINAFTER REFERRED TO AS JPMORGAN CHASE BANK, NA) nj.bkecf@fedphe.com
              Brian C. Nicholas    on behalf of Creditor    PNC Bank, National Association
               bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Jennifer R. Gorchow    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Milica A. Fatovich    on behalf of Debtor Dionicio  Beato mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Milica A. Fatovich    on behalf of Attorney    Hook & Fatovich, LLC mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Milica A. Fatovich    on behalf of Joint Debtor Juliana  Beato mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
                                                                                             TOTAL: 8