Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 12−22876−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dionicio Beato
274 East 22nd Street
Paterson, NJ 07514

Juliana Beato
274 East 22nd Street
Paterson, NJ 07514

Social Security No.:
  xxx−xx−8347

  xxx−xx−1813

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

    Please be advised that on July 2, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 104 − 101
Order Granting Application For Payment of Unclaimed Funds (Related Doc # 101). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/2/2020. (wir)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 2, 2020
JAN: wir

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 12-22876-VFP
Dionicio Beato                                                  Chapter 13
Juliana Beato
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Jul 02, 2020
                             Form ID: orderntc        Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.
```
db/jdb         +Dionicio Beato,    Juliana Beato,    274 East 22nd Street,    Paterson, NJ 07514-2219
cr             +Midland Credit Management,    Melissa Byrd,    350 Camino De La Reina #100,
                 San Diego, CA 92108-3007
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    JPMorgan Chase Bank, NA, successor by merger to Chase
               Home Finance LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NA, SUCCESSOR BY MERGER TO CHASE
               HOME FINANCE LLC (HEREINAFTER REFERRED TO AS JPMORGAN CHASE BANK, NA) nj.bkecf@fedphe.com
              Brian C. Nicholas    on behalf of Creditor    PNC Bank, National Association
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jennifer R. Gorchow    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Milica A. Fatovich    on behalf of Debtor Dionicio  Beato mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Milica A. Fatovich    on behalf of Attorney    Hook & Fatovich, LLC mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Milica A. Fatovich    on behalf of Joint Debtor Juliana  Beato mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
                                                                                               TOTAL: 8
```