UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on July 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

 Dionicio Beato and Juliana Beato

Case No.:  12-22876

Adv. No.:

Hearing Date:

Judge:    Chief Judge Michael B. Kaplan

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 2, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On    June 10, 2020                              , an application was filed for the

Claimant(s), MIDLAND CREDIT MANAGEMENT            , for payment of unclaimed funds

deposited with the court pursuant to 11 U.S.C. § 347(a).  The application and supporting

documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is

hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ 614.57                     held in

unclaimed funds be made payable to MIDLAND CREDIT MANAGEMENT                          

and be disbursed to the payee at the following address:

350 CAMINO DE LA REINA #100            

SAN DIEGO, CA 92108            

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 12-22876-VFP
Dionicio Beato                                                  Chapter 13
Juliana Beato
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Jul 02, 2020
                              Form ID: pdf903      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2020.
db/jdb          +Dionicio Beato,   Juliana Beato,   274 East 22nd Street,   Paterson, NJ 07514-2219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          ##+The Law Offices of James Vasquez,   433 Clifton Avenue,   Clifton, NJ 07011-2644
                                                                       TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2020 at the address(es) listed below:
        Andrew L. Spivack   on behalf of Creditor   JPMorgan Chase Bank, NA, successor by merger to Chase
         Home Finance LLC nj.bkecf@fedphe.com
        Andrew L. Spivack   on behalf of Creditor   JPMORGAN CHASE BANK, NA, SUCCESSOR BY MERGER TO CHASE
         HOME FINANCE LLC (HEREINAFTER REFERRED TO AS JPMORGAN CHASE BANK, NA) nj.bkecf@fedphe.com
        Brian C. Nicholas   on behalf of Creditor   PNC Bank, National Association
         bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Jennifer R. Gorchow   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         nj.bkecf@fedphe.com
        Marie-Ann Greenberg   magecf@magtrustee.com
        Milica A. Fatovich   on behalf of Debtor Dionicio  Beato mfatovich@hookandfatovich.com,
         fyablonsky@hookandfatovich.com
        Milica A. Fatovich   on behalf of Attorney   Hook & Fatovich, LLC mfatovich@hookandfatovich.com,
         fyablonsky@hookandfatovich.com
        Milica A. Fatovich   on behalf of Joint Debtor Juliana  Beato mfatovich@hookandfatovich.com,
         fyablonsky@hookandfatovich.com
                                                                       TOTAL: 8